

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.:  3:24-cr-1662-JO-1 |
|---|---|
| Plaintiff, | |
| v. | **WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| RENG RONG YU, | |
| Defendant. | |

Defendant Reng Rong Yu is confined in Immigration and Customs Enforcement ("ICE") detention at the Northwest ICE Processing Center in Tacoma, Washington.  To secure Mr. Yu's attendance at the pre-trial hearing scheduled for April 17, 2026 and further proceedings in this case, it is necessary that a Writ of Habeas Corpus Ad Prosequendum issue commanding the custodian of Mr. Yu to transfer him to United States Marshals Service custody in the Southern District of California.

**ACCORDINGLY, IT IS ORDERED** that:

1.    A Writ of Habeas Corpus Ad Prosequendum issue, commanding (1) the Warden of the Northwest ICE Processing Center to immediately transfer Defendant Reng Rong Yu to United States Marshals Service custody in the Southern District of California, and to not deport Mr. Yu prior to this transfer; and (2) the United States Marshal for the Southern District of California to retain custody of Mr. Yu until final

1

disposition of federal charges, produce Mr. Yu at the April 17, 2026 pre-trial hearing and any further proceedings to in this case, and return Mr. Yu to the custody of the Warden of the Northwest ICE Processing Center at the conclusion of said proceedings.

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

To: Warden of the Northwest ICE Processing Center

**YOU ARE COMMANDED** to immediately transfer Defendant Reng Rong Yu to the custody of the United States Marshals Service for the Southern District of California, and to complete this transfer by no later than **March 26, 2026 at 5:00 p.m**.

**FURTHER,** you have been ordered to not deport Mr. Yu prior to his transfer to United States Marshals Service custody.

To: United States Marshal for the Southern District of California

**YOU ARE COMMANDED** to retain custody of Defendant Reng Rong Yu until final disposition of federal charges.

**FURTHER,** you have been ordered to produce Mr. Yu at the April 17, 2026 pre-trial hearing and any further proceedings in this case.

**FURTHER,** you have been ordered to return Mr. Yu to the custody of the Warden of the Northwest ICE Processing Center at the conclusion of the federal proceedings.

**IT IS SO ORDERED.**

Dated:  March 19, 2026

_____
Honorable Jinsook Ohta
United States District Court Judge

2